In the Matter of LESTER W. BLOCH, an Attorney, Respondent.— Application by Lester W. Bloch for reinstatement as an attorney and counselor at law, granted; the said Lester W. Bloch is hereby reinstated as an attorney and counselor at law. [See 248 App. Div. 921.] Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Crapser, J., dissents, unless the applicant furnishes a certificate of the character committee for the Third Judicial District recommending his reinstatement.

SYLVIA BOYLES, as Administratrix, etc., of ARTHUR BOYLES, Deceased, Appellant, v. NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, Respondent.— Motion to dismiss appeal denied. Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.